THOMAS HARRISON, APPELLEE, v. WILLIAM SHULTZ; CHARLES W. LEMONT ET AL., APPELLANTS.

FILED DECEMBER 18, 1914. No. 17,927.

APPEAL from the district court for Madison county; ANSON A. WELCH, JUDGE. *Affirmed.*

*Mapes & Hazen,* for appellants.

*H. F. Barnhart* and *Isaac Powers, contra.*

BARNES, J.

This is an appeal from a judgment of the district court for Madison county, setting aside and canceling a sheriff's deed to lots 4 and 5, in Riverside Park addition to the city

of Norfolk. The appellants have filed no brief. The appellee filed no cross-appeal. The case was submitted on the brief of appellee. The evidence contained in the bill of exceptions appears to be sufficient to support the findings and decree.

The judgment of the district court is

AFFIRMED.

LETTON, ROSE and FAWCETT, JJ., not sitting.